# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mikkel-Stanley Lamb, | No. CV-25-00159-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| Saguaro Trails Community Association, et al., | |
| Defendants. | |

On September 24, 2025, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the District Judge enter an order dismissing Plaintiff's Complaint for failing to comply with Rule 8 of the Federal Rules of Civil Procedure. (Doc. 11.) Judge Markovich notified Plaintiff he had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 17.) No objections have been filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1) and Magistrate Judge Markovich's R&R (Doc. 11). The Court finds the R&R well-reasoned and agrees with

Judge Markovich's conclusions.

Accordingly, **IT IS ORDERED**:

1) Magistrate Judge Markovich's Report and Recommendation is **ADOPTED**. (Doc. 11.)
2) Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.
3) Plaintiff may file an amended complaint in compliance with the Magistrate Judge's R&R within 30 days of the date of this Order. Plaintiff's amended complaint should clearly set out each claim Plaintiff is making, the jurisdictional basis for each claim, and name all appropriate parties. Any amended complaint submitted by Plaintiff should be clearly designated as such on the face of the document. An amended complaint supersedes the original Complaint. *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Hal Roach Studios v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1990). After amendment, the original Complaint is treated as nonexistent. *Ferdik*, 963 F.2d at 1262.
4) If Plaintiff fails to file an amended complaint within thirty (30) days from the District Judge's order, the Clerk must, without further notice, enter a judgment of dismissal of this action without prejudice and deny any pending unrelated motions as moot.

Dated this 14th day of October, 2025.

_____
Honorable Raner C. Collins
Senior United States District Judge